UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-7601

FLOYD WEAKS, JR.,

Plaintiff - Appellant,

versus

JOEL THREATT; TONY CLINE; MICHAEL YORK; D.
SOUTHERN; HARRY POLKTON,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Salisbury. James A. Beaty, Jr., District Judge. (CA-96-721-4)

Submitted: July 22, 1998          Decided: August 4, 1998

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Floyd Weaks, Jr., Appellant Pro Se. Clarence Joe DelForge, III, Neil Clark Dalton, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Floyd Weaks, Jr. appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Weaks v. Threatt</u>, No. CA-96-721-4 (M.D.N.C. Sept. 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2